United States District Court
Southern District of Texas
**ENTERED**
August 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **ANGEL ADALBERTO ALANIS, JR.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-CV-00443** |
| | § | |
| **ANTHONY LOZANO, *et al.*,** | § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the May 28, 2026, Report and Recommendation ("R&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 56). Judge Medrano made findings and conclusions and recommended that Angel Adalberto Alanis, Jr.'s ("Alanis") Motion to File an Amended Complaint, (Dkt. No. 51), be granted, (Dkt. No. 56). Judge Medrano also recommended that both Defendants' Motion to Dismiss, (Dkt. No. 24), and Alanis's Motion for Leave to File an Out-of-Time Response, (Dkt. No. 47), be denied without prejudice as moot. (Dkt. No. 56).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection.[1] As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

[1] On June 12, 2026, Defendant Toribio Palacios filed a request for clarification to the R&R. (Dkt. No. 57). In it, Palacios requested that the Court address Alanis's Motion for Extension of Time to Complete Service. (Dkt. No. 51). The Motion for Extension of Time to Complete Service will be addressed by separate order of the Court.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Judge Medrano's R&R, (Dkt. No. 56), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Alanis's Motion to File an Amended Complaint, (Dkt. No. 51), is **GRANTED**; and

(3) Defendants' Motion to Dismiss, (Dkt. No. 24), and Alanis's Motion for Leave to File an Out-of-Time Response, (Dkt. No. 47), are **DENIED without prejudice**.

It is SO ORDERED.

SIGNED on August 17, 2026.



**JOHN G.E. MARCK**
**UNITED STATES DISTRICT JUDGE**